Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROP IT MODERN, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARVE MEDIA, INC. d/b/a "2Modern," a California corporation; GRAYSON LIVING, a California entity of form unknown; LIVING SPACES FURNITURE, LLC, a Delaware limited liability company; STITCH INDUSTRIES, INC. d/b/a "Joybird," a Delaware corporation; SURYA, INC., a Georgia corporation; GLOBAL VIEWS, L.P., a Texas corporation; BEYOND, INC., a Delaware corporation; HEDGEAPPLE, INC. d/b/a "Layla Grayce," a Kansas corporation; THE NEIMAN MARCUS GROUP, LLC, a Delaware limited liability company; RETAIL CONVERGENCE.COM, LP, a Delaware limited partnership; WAYFAIR, LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br><u>**JURY TRIAL DEMANDED**</u> |

Plaintiff Drop It Modern, Inc. ("Drop It") hereby prays to this Court for relief based on the following:

## JURISDICTION AND VENUE

1.      This action arises under the Copyright Act of 1976, 17 U.S.C., § 101 *et seq*.

2.      This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a).

3.      Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.      Drop It is an Oregon corporation with a principal place of business located in Portland, OR.

5.      Upon information and belief, Defendant Carve Media Inc. d/b/a "2Modern" is a California corporation with a principal place of business located at 35 Miller Ave. #192, Mill Valley, CA 94941. 2Modern owns, operates, and/or controls the commercial website 2modern.com.

6.      Upon information and belief, Defendant Grayson Living is a California entity of form unknown with principal places of business located at 1900 17th St, Santa Ana, CA 92705; and/or 275 S La Cienega Blvd., Beverly Hills, CA 90211. Grayson owns, operates, and/or controls the commercial website graysonliving.com.

7.      Upon information and belief, Defendant Living Spaces Furniture, LLC is a Delaware limited liability company with a principal place of business located at 14501 Artesia Boulevard, La Mirada, CA 90638. Living Spaces owns, operates, and/or controls the commercial website livingspaces.com.

8.      Upon information and belief, Defendant Stitch Industries Inc. d/b/a "Joybird" is a Delaware corporation with a principal place of business located at 767 S. Alameda St., Suite 360, Los Angeles, CA 90021. Joybird owns, operates, and/or controls the commercial website joybird.com.

9. Upon information and belief, Defendant Surya, Inc. is a Georgia corporation with a principal place of business located at 1 Surya Drive, White, GA 30184. Surya distributed and sold the Offending Products (defined below) into California and this judicial district, including to California-based Retailer Defendants (also defined below).

10. In pre-litigation correspondence, Surya represented to Drop It that it is indemnifying the customers to whom it distributed and sold the Offending Products, including without limitation the Retailer Defendants.

11. Upon information and belief, Defendant Global Views, L.P. is a Texas corporation with a principal place of business located at 7301 Ambassador Row, Dallas, TX 75247. Global Views distributed and sold the Offending Products into California and this judicial district, including to California-based Retailer Defendants.

12. Surya and Global Views are collectively referred to as the "Supplier Defendants."

13. Upon information and belief, Defendant Beyond, Inc. is a Delaware corporation with a principal place of business located at 433 W Ascension Way, Suite 300, Murray, UT 84123. Beyond owns, operates, and/or controls the commercial websites bedbathandbeyond.com and pinterest.com/bedbathbeyond. Beyond offered for sale, sold, and/or distributed the Offending Products into California and this judicial district in, on, and/or through its commercial websites or store locations in California and this judicial district.

14. Upon information and belief, Defendant Hedgeapple Inc. d/b/a "Layla Grayce" is a Kansas corporation with a principal place of business located at 646 Locust St., Lawrence, KS 66044. Layla Grayce owns, operates, and/or controls the commercial websites laylagrayce.com and pinterest.com/LaylaGrayce. Layla Grayce offered for sale, sold, and/or distributed the Offending Products into California and this judicial district on and/or through its commercial websites. The Terms and Conditions of Layla Grayce's commercial website include provisions specific to California users and residents.

15.     Upon information and belief, Defendant The Neiman Marcus Group, LLC is a Delaware limited liability company with a principal place of business located at 1618 Main Street, Dallas, TX 75201. Neiman Marcus owns, operates, and/or controls the commercial website neimanmarcus.com. Neiman Marcus offered for sale, sold, and/or distributed the Offending Products into California and this judicial district on and/or through its commercial website and California locations.

16.     Upon information and belief, Defendant Retail Convergence.com LP is a Delaware limited partnership with a principal place of business located at 281 Summer Street, Boston, MA 02210. Retail Convergence owns, operates, and/or controls the commercial website ruelala.com. The Privacy Policy of Retail Convergence's commercial website include provisions specific to California users and residents.

17.     Upon information and belief, Defendant Wayfair, LLC is a Delaware limited liability company with a principal place of business located at 4 Copley Place, 7th Floor, Boston, MA 02116. Wayfair owns, operates, and/or controls the commercial websites wayfair.com and perigold.com. Wayfair offered for sale, sold, and/or distributed the Offending Products into California and this judicial district on and/or through its commercial website and California locations.

18.     Joybird, 2Modern, Beyond, Grayson, Layla Grayce, Living Spaces, Neiman Marcus, Retail Convergence, and Wayfair are collectively referred to as the "Retail Defendants."

19.     Upon information and belief, Defendants DOES 1-10 (collectively, "Doe Defendants") (collectively with the Supplier Defendants and Retailer Defendants, "Defendants"), are other parties who have infringed the asserted copyright, have contributed to the infringement of the asserted copyright, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of Doe Defendants 1-10 are presently unknown to Drop It, who therefore sues said Doe Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

20.    Upon information and belief, at all relevant times, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each and all of the acts or conduct alleged, with full knowledge of each and every violation of the asserted copyright and the damages proximately caused thereby.

## DEFENDANTS' INFRINGEMENT OF THE SUBJECT DESIGN

21.    Drop It, a woman-owned and -operated business, is a trend-setting resource for prints. Its designs have appeared on the pages of Architectural Digest and Elle Décor; adorned the walls of premier hotels; are in distinguished luxury fashion houses; and have been provided to some of the world's largest tech and Fortune 500 companies.

22.    Drop It owns the copyright in an original two-dimensional artwork registered with the Copyright Office (the "Subject Design").

23.    After publication of the Subject Design, the Supplier Defendants, and each of them, created, manufactured, displayed, distributed, reproduced, created derivative works of, offered for sale, and/or sold products featuring designs that are substantially and/or strikingly similar to the Subject Design (collectively, the "Offending Products"), including to the Retailer Defendants who then further displayed, distributed, reproduced, offered for sale, and/or sold the Offending Products to their respective customers, all without a license from Drop It.

24.    The Subject Design and Offending Products, and the Supplier and/or Retailer Defendants corresponding to each such Offending Product, are set forth below:

| Subject Design | Offending Product 1 |
|---|---|
|  |  Offending Product Label: Surya Offending Product Name: "Surya Jacquie Throw - JAC1001-5060"<br><br>Retailer Defendants:<br><br>Retail Convergence<br><br>Joybird<br>https://joybird.com/throws/yves-throw/<br><br>https://joybird2.imgix.net/configurations/pid_12849/12849-yves-throw-t1-1_t.png?auto=format%2Ccompress&fit=fill&crop=entropy&q=30&cs=srgb&ar=3%3A2&fill=solid&fill- |

COMPLAINT

| Subject Design | Offending Product 1 |
|---|---|
| | color=fff&pad=40&trim=color&trim-color=none&trim-pad=50&trim-tol=50&ixlib=react-9.5.1-beta.1&w=1247<br><br>2Modern<br>https://www.2modern.com/products/jacquie-throw?srsltid=AfmBOoqyMavSnjjptxyTPRUp3MQUlsaIjnOB7AmJTsn61CsU-lFNB0e1<br><br>https://www.2modern.com/cdn/shop/products/surya-jacquie-throw.jpg?format=webp&v=1642486918&width=1024<br><br>Beyond<br>https://www.bedbathandbeyond.com/Bedding-Bath/Weiss-Modern-Art-Cotton-Blend-Throw/34435826/product.html?option=65316661<br><br>https://www.pinterest.com/pin/4598879033382401536/<br><br>Layla Grayce<br>https://laylagrayce.com/catalog/jacquie-34869_1270901/<br><br>https://pinterest.com/pin/459156068010704352/<br><br>Living Spaces<br>https://www.livingspaces.com/inspiration/ideas-advice/shopping-basics/the-best-throw-blankets-of-the-year<br><br>https://www.livingspaces.com/globalassets/images/blog/2023/12/1219_abstract_faces_hand_woven_throw_blanket.jpg |

COMPLAINT

| Subject Design | Offending Product 1 |
|---|---|
| | Wayfair<br>https://www.wayfair.com/decor-pillows/pdp/george-oliver-gilgal-throw-w005106289.html<br><br>https://www.pinterest.com/pin/194569646397056346/<br><br>https://assets.wfcdn.com/im/14890381/resize-h1200-w1200%5Ecompr-r85/1435/143555258/Knitted+Throw+Blanket.jpg |

8
COMPLAINT

| Subject Design | Offending Product 2 |
|---|---|
|  |

Offending Product Label: Global Views
Offending Product Name: "Global Views Congregation Pillow"

Retailer Defendants:

Grayson Living
https://www.graysonliving.com/products/global-views-congregation-pillow?variant=52808652947821

Neiman Marcus
https://www.neimanmarcus.com/p/global-views-congregation-decorative-pillows-prod257770053

https://media.neimanmarcus.com/f_auto,q_auto:good,ar_4:5,c_fill,dpr_1.0,w_790/01/nm_4413485_100000_m

Wayfair
https://www.perigold.com/decor/pdp/global-views-congregation-pillow-gxv12454.html |

COMPLAINT

| Subject Design | Offending Product 2 |
|---|---|
|  | https://www.wayfair.com/decor-pillows/pdp/global-views-congregation-pillow-gxv12454.html <br><br> https://assets.wfcdn.com/im/80259972/resize-h1200-w1200%5Ecompr-r85/1925/192580639/Congregation+Pillow.jpg |

# CLAIM FOR RELIEF

## (For Copyright Infringement – Against all Defendants, and Each)

25.    Plaintiff incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

26.    Upon information and belief, Defendants, and each of them, had access to the Subject Design, including without limitation through (a) access to Plaintiff's website, social media, collections, design library, customers, and/or authorized licensees; (b) illegally distributed copies of the Subject Design, including without limitation international and/or overseas converters or printing mills; (c) strike-offs and/or samples; and/or (d) similarities between the Subject Design and the designs on the Offending Products that are so striking it is highly likely they were not created independent of one another.

27.    Upon information and belief, Defendants, and each of them, created, manufactured, displayed, distributed, reproduced, created derivative works of, offered for sale, and/or sold products featuring designs that are substantially and/or strikingly similar to the Subject Design without a license from Plaintiff.

28.    Due to Defendants' acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

29.    Due to Defendants' acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement. As

such, Plaintiff is entitled to disgorgement of Defendants' profits attributable to Defendants' infringement in an amount to be established at trial.

30.    Upon information and belief, Defendants, and each of them, infringed the asserted copyright in the Subject Design with actual or constructive knowledge of, or with reckless disregard or willful blindness for, Drop It's rights in the Subject Design, rendering Defendants' infringing acts willful.

## PRAYER FOR RELIEF

WHEREFORE, Drop It prays for judgment against all Defendants, and each, as follows:

a.  That Defendants, as well as their employees, agents, and anyone else acting in concert with Defendants, be permanently enjoined from exploiting the Subject Design as set forth above unless authorized by Plaintiff;

b.  That Plaintiff be awarded all its losses, plus all Defendants' profits, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

c.  That Plaintiff be awarded its attorneys' fees as available under 17 U.S.C § 505;

d.  That Plaintiff be awarded pre- and post-judgment interest as allowed by law;

e.  That Plaintiff be awarded the costs of this action; and

f.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: March 27, 2026            By:  */s/ Stephen M. Doniger*
                                 Stephen M. Doniger
                                 Benjamin F. Tookey
                                 DONIGER / BURROUGHS
                                 *Attorneys for Plaintiff*

COMPLAINT